# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133470

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GORDON RANDLE DAVID, JR.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133470
COA: 273451
Wayne CC: 05-005982-01

     On order of the Court, the application for leave to appeal the January 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

_____
Clerk